13 A.3d 872

IN THE MATTER OF RONALD B. THOMPSON, AN ATTORNEY
AT LAW (ATTORNEY NO. 014191990).

March 10, 2011.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 10–253 and DRB 10–254, concluding that **RONALD B. THOMPSON** of **MARLTON**, who was admitted to the bar of this State in 1990, should be censured for violating *RPC* 1.1(a) (gross neglect), *PRC* 1.3 (lack of diligence); *RPC* 1.4(b) (failure to keep client informed about status of case), and *RPC* 3.2 (failure to expedite litigation), and good cause appearing;

It is ORDERED that **RONALD B. THOMPSON** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.